PROB 12A
(10/24)

# United States District Court

### for

### District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Kyle Reed

Cr.: 24-00624-001
PACTS #: 7804603

Name of Reassigned Judicial Officer:    THE HONORABLE GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE
(REASSIGNED FROM USDJ JOSEPHINE L. STATON, CD/CA
ON 09/30/24)

Date of Original Sentence: 04/12/2024

Original Offense:    Count One: Conspiracy to Distribute Narcotics, 18 U.S.C. § 371, a Class D felony

Original Sentence: 15 months imprisonment, 3 years' supervised release

Special Conditions: $200 Special Assessment fee, Substance Abuse/Alcohol Testing and Treatment, Alcohol Restrictions, Mental Health Treatment, Search/Seizure, Employment Requirements/Restrictions, Forfeiture, $2500 fine, and ID Restrictions

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/12/2024

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

I

The individual under supervision has violated the special supervision condition which states **'The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.'**

Mr. Reed tested positive for buprenorphine on April 9, 2025, as part of his weekly drug testing regimen at Oaks Integrated Care. The sample was flagged as a "substitute sample," due to abnormally low creatinine levels. Mr. Reed promptly admitted to his counselor at Oaks and the undersigned officer that he interfered with the sample, as he had used cannabidiol, or CBD, which is the primary compound found in marijuana. He noted that he is aware he "messed up," and would not do it again.

U.S. Probation Officer Action:

Mr. Reed started his term of supervised release on July 12, 2024, and transfer of jurisdiction was obtained from the Central District of California on September 30, 2024, with reassignment to Your Honor. Prior to his assignment of a Judge in the District of New Jersey, there were two positive drug tests for heroin and

Prob 12A – page 2
Kyle Reed

methamphetamine on July 15, 2024, and July 25, 2024, both of which he admitted to using. Since that time, Mr. Reed has been enrolled in treatment with Oaks Integrated Care, and has been tested regularly, with noted success.

This recent positive is, per Mr. Reed, due to stress and anxiety that he stated he was feeling, along with associating with negative networks. He informed that he will be addressing this stress in his treatment sessions, and he has already stopped associating with the peers who are not conducive to his progress. The undersigned officer has spoken with Mr. Reed's treatment provider at Oaks Integrated Care, and his treatment sessions will be increased as a result of this positive result. At this juncture, it is respectfully requested that no action be taken, so as to allow Mr. Reed to return to treatment at a higher level, and benefit from increased therapy. The undersigned officer will continue to maintain contact with his counselor to address his ongoing treatment needs.

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:   TIFFANY A. FRANCIS
U.S. Probation Officer

/ taf

APPROVED:

_____   4/21/2025
STEVEN ALFREY            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date